IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02400-PAB-MJW

Otter Products, LLC,
a Colorado limited liability company,

Plaintiff,

v.

Defender Industries, Inc.,
a Connecticut corporation,

Defendant.

---

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
### TO APPEAR AT STATUS CONFERENCE VIA TELEPHONE
(Docket No. 8)

THIS COURT having duly considered Plaintiff's Motion for Leave to Appear at the December 8, 2009 Status Conference Via Telephone, and finding that it has merit, hereby orders the motion GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's counsel be allowed to attend the December 8, 2009 Status Conference via telephone. The Court's phone number is 303-844-2403.

_Michael J. Watanabe_ : 2/3/09

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO