IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02400-PAB-MJW

Otter Products, LLC,
a Colorado limited liability company,

Plaintiff,

v.

Defender Industries, Inc.,
a Connecticut corporation,

Defendant.

---

## ORDER GRANTING JOINT MOTION FOR LEAVE TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE
( Docket No. 20 )

---

THIS COURT having duly considered the parties Joint Motion for Leave to Appear at Scheduling Conference Via Telephone, and finding that it has merit, hereby orders the motion GRANTED.

IT IS, THEREFORE, ORDERED that counsel for the parties herein shall be allowed to attend the February 2, 2010 Scheduling Conference via telephone. The parties shall set up the conference call and shall call the court at 303-844-2403, on February 2, 2010 at 9:00 A.m. Mountain Time.

Michael J. Watanabe

MICHAEL J. WATANABE    1-28-10
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO