IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02400-PAB-MJW

OTTER PRODUCTS, LLC,
a Colorado limited liability company,

    Plaintiff,

v.

DEFENDER INDUSTRIES, INC.,
a Connecticut corporation,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal [Docket No. 26]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion for Dismissal [Docket No. 26] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 19, 2010.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge